IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CARL TAYLOR, JR.,**

    **Plaintiff,**

v.                                  **CASE NO. 5:14-cv-301-RS-EMT**

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 12). I have reviewed the report and recommendation *de novo*. I have also reviewed Defendant's Objection (Doc. 14).

    **IT IS ORDERED:**

1. The relief requested in Defendant State of Florida's Special Appearance (Doc. 7) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

3. The Clerk is directed to enter judgment and close the case.

**ORDERED** on May 13, 2015.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**